**No. 52186.**—H. A. Caesar & Co. *v.* United States, protests 865101–G, etc. (New York).

Opinion by KINCHELOE, J. It now appearing that the umbrella cloth covered by one of the entries was imported prior to the Belgian Trade Agreement, and

inasmuch as the protest also claimed the 40 percent rate of duty under paragraph 907, the protests were sustained as to all of the claims made, according to the dates of entry or withdrawal from warehouse.